Certificate Number: 03088-PAM-DE-037834295

Bankruptcy Case Number: 23-02098


03088-PAM-DE-037834295

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2023, at 1:20 o'clock PM CDT, Stephen A McQueen completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 9, 2023

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor