In re:     Case No. 23-02098-MJC

Stephen Anthony McQueen     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2

Date Rcvd: Oct 17, 2023     Form ID: ntcnfhrg     Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stephen Anthony McQueen, 3208 Mountain Laurel Drive, East Stroudsburg, PA 18301-8425 |
| 5568411 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 5566475 | + | Achieve Personal Loans, 4940 S. Wendler, #210, Tempe, AZ 85282-6313 |
| 5566478 | + | Diamond Resorts Management, 10600 W. Charleston Blvd, Las Vegas, NV 89135-1014 |
| 5566480 | | Holiday Inn Club Vacations, P.O. Box 947964, Atlanta, GA 30394-7964 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5566476 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2023 19:01:43 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5566477 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 19:01:37 | Citibank NA, P.O. Box 6181, Sioux Falls, SD 57117-6181 |
| 5571585 | | Email/Text: mrdiscen@discover.com | Oct 17 2023 18:44:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5566479 | + | Email/Text: mrdiscen@discover.com | Oct 17 2023 18:44:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 5566481 | ^ | MEBN | Oct 17 2023 18:43:42 | KML Law Group, P.C., Ste 5000 - BNY Independence Center, 701 Market St, Philadelphia, PA 19106-1541 |
| 5566482 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 17 2023 18:45:00 | Legacy Mortgage Asset Trust 2020-GS, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 5566483 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 17 2023 18:44:00 | PNC Bank, P.O. Box 5580, Cleveland, OH 44101 |
| 5570125 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2023 18:45:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 5566484 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 17 2023 18:45:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5566485 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 17 2023 18:45:00 | Select Portfolio Servicing, 3217 S Decker, Salt Lake City, UT 84119 |
| 5566486 | + | Email/Text: bncmail@w-legal.com | Oct 17 2023 18:45:00 | TD Bank USA/Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 5566487 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2023 19:01:43 | The Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Stephen Anthony McQueen donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Stephen Anthony McQueen,

**Debtor 1**

Chapter 13

Case No. 5:23−bk−02098−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 23, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 30, 2023  Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 17, 2023 |

ntcnfhrg (08/21)