**United States Bankruptcy Court**
**Middle District of Pennsylvania**

In re **Stephen Anthony McQueen**
Debtor(s)

Case No. **5:23-bk-02098**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **January 5, 2024**, a copy of Order Confirming **1st Amended Chapter 13 Plan (Doc. #23)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com

| Label Matrix for local noticing<br>0314-5<br>Case 5:23-bk-02098-MJC<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Fri Jan  5 11:32:29 EST 2024 | U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701-1500 | Achieve Personal Loans<br>4940 S. Wendler<br>#210<br>Tempe, AZ 85282-6313 |
|---|---|---|
| Achieve Personal Loans<br>P.O.Box 2340<br>Phoenix, AZ 85002-2340 | American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Citibank NA<br>P.O. Box 6181<br>Sioux Falls, SD 57117-6181 | Diamond Resorts Management<br>10600 W. Charleston Blvd<br>Las Vegas, NV 89135-1014 | Discover Bank<br>P.O. Box 3025<br>New Albany, Oh 43054-3025 |
| Discover Bank<br>P.O. Box 30939<br>Salt Lake City, UT 84130-0939 | Holiday Inn Club Vacations<br>P.O. Box 947964<br>Atlanta, GA 30394-7964 | KML Law Group, P.C.<br>Ste 5000 - BNY Independence Center<br>701 Market St<br>Philadelphia, PA 19106-1541 |
| Legacy Mortgage Asset Trust 2020-GS<br>3217 S. Decker Lake Drive<br>Salt Lake City, UT 84119-3284 | Legacy Mortgage Asset Trust 2020-GS4<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| SANTANDER CONSUMER USA<br>P. O. Box 560284<br>Dallas, TX 75356-0284 | Santander Consumer USA<br>PO Box 961211<br>Fort Worth, TX 76161-0211 | Select Portfolio Servicing<br>3217 S Decker<br>Salt Lake City, UT 84119 |
| TD Bank USA/Target Credit<br>P.O. Box 673<br>Minneapolis, MN 55440-0673 | The Home Depot/Citibank<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102-1104 |
| (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Stephen Anthony McQueen<br>3208 Mountain Laurel Drive<br>East Stroudsburg, PA 18301-8425 | Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| PNC Bank<br>P.O. Box 5580<br>Cleveland, OH 44101 | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | |
|---|---|---|